FILED

SEP 15 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENAE DAWN BIGHORN<br>*aka Renae Guptill*,<br><br>Defendant. | CR 16-114-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Continue Sentencing (Doc. 40), and good cause being shown,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, September 20, 2017 at 10:30 a.m., is **VACATED** and reset to commence on **Wednesday, October 25, 2017 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 14th day of September, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1